UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE, <br><br> Defendants. | Civil Action No. 24-2789 (PLF) |

## ORDER

In light of Plaintiff's Motion for a Preliminary Injunction ("Motion") [Dkt. No. 8], it is hereby

ORDERED that the government shall file its response to the Motion on or before October 16, 2024; it is

FURTHER ORDERED that the plaintiff shall file its reply in support of the Motion on or before October 18, 2024; and it is

FURTHER ORDERED that the parties shall appear for oral argument on the Motion at 2:30 p.m. on October 21, 2024, in Courtroom 29 of the William B. Bryant Annex to the E. Barrett Prettyman Courthouse, 333 Constitution Avenue N.W., Washington, D.C. 20001.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 10/9/24