UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>      Plaintiff,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, et al.,<br><br>      Defendants. | Civil Action No. 24-2789 (PLF) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff's Motion for a Preliminary Injunction (ECF No. 8), and the entire record herein, for the reasons stated in the Court's October 21, 2024, hearing, it is hereby

ORDERED that Plaintiff's Motion for a Preliminary Injunction is GRANTED; and it is further

ORDERED that Plaintiff's request for expedited processing is GRANTED. Defendants are ordered to process Plaintiff's August 29, 2024, Freedom of Information Act request and make their production of responsive, non-exempt records by October 25, 2024.

SO ORDERED.

Date: _____          _____
                                                                    PAUL L. FRIEDMAN
                                                                    United States District Judge