UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE, et al., <br><br> Defendants. | Civil Action No. 24-2789 (PLF) |

## ORDER

The Court heard oral argument on Plaintiff's Motion for a Preliminary Injunction [Dkt. No. 8] on October 21, 2024. Upon consideration of the arguments presented and the entire record herein, and for the reasons stated in open court, it is hereby

ORDERED that Plaintiff's Motion for a Preliminary Injunction is GRANTED; it is

FURTHER ORDERED that plaintiff's request for expedited processing is GRANTED. Defendants are ordered to process plaintiff's August 29, 2024 Freedom of Information Act request expeditiously; and it is

FURTHER ORDERED that defendants shall produce responsive, non-exempt records on or before October 25, 2024.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 10/22/24